# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 06cr2414WQH |
|---|---|
| Plaintiff, vs. | ORDER DENYING RELEASE OF MATERIAL WITNESS |
| KENNETH MALCOLM STAPLES, HECTOR ANTHONY LUNA, and OWEN STANLEY MCHUGH, Defendants. | |

HAYES, Judge:

The matters before the Court are 1) the Motion for an order setting deposition of the material witness Omar Carranza-Martinez and release from custody immediately thereafter (#16); and 2) the Motion to stay videotaped deposition and release of the material witness by Defendant Kenneth Staples (#21).

A hearing was held on January 3, 2006. Counsel for Defendant Staples informed that Court that the deposition of the material witness Omar Carranza-Martinez was conducted but that Counsel for Staples continued to oppose release of the material witness.

Rule 15 (a)(2) provides in part that "[t]he court may [] order that the deposition be taken and may discharge the witness after the witness has signed under oath the deposition transcript." The record in this case does not contain any indication that the material witness has signed under oath the deposition transcript and that Court cannot conclude that "further

1  detention of the material witness is not necessary to prevent a failure of justice" 18 U.S.C. §
2  3144.
3      It is hereby ordered that the Motion for an order setting deposition of the material
4  witness Omar Carranza-Martinez and release from custody immediately thereafter (#16) is
5  denied; and 2) the Motion to stay videotaped deposition and release of the material witness by
6  Defendant Kenneth Staples (#21) is moot.
7  DATED: January 4, 2007

*William Q. Hayes*
**WILLIAM Q. HAYES**
United States District Judge