```
                                                    FILED

                                                2008 FEB 27  PM 3:26

                                                CLERK US DISTRICT COURT
                                              SOUTHERN DISTRICT OF CALIFORNIA

                                              BY_____KMT_____DEPUTY
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
(Honorable WILLIAM Q. HAYES)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE No. 06CR2414-WQH |
| ) | |
| ) | ORDER ALLOWING |
| ) | INTERPRETER FEES EXCEEDING |
| Plaintiff, ) | $500 BUT NOT MORE THAN |
| ) | $750 FOR THE MATERIAL |
| ) | WITNESSES HEREIN NAMED |
| v. ) | |
| ) | |
| KENNETH M. STAPLES, et. al., ) | |
| ) | |
| Defendants. ) | |

GOOD CAUSE APPEARING, IT IS ORDERED that additional interpreter services are hereby authorized in an amount not to exceed $750.00 for each material witness Oralia Martinez-Hernandez, Angelica Oregon-Gonzalez, Jessica Oregon-Gonzalez, Maria Del Refugio Zamora-Monroy and Omar Carranza-Martinez.

Dated: 2/27/08

_____
WILLIAM Q. HAYES
UNITED STATES DISTRICT JUDGE